IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:
CORETTA GRIFFIN
211 HEARD STREET A
WEST MONROE, LA 71292

CASE NO. 12-BK-31766
JUDGE HENLEY A. HUNTER

DATE: 08/27/14

Debtor(s)
SSN(1): XXX-XX-1982

## NOTICE OF INTENTION TO PAY CLAIMS AND
## MOTION TO DISALLOW SECURED CLAIMS

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO CREDITORS:**
If you are a creditor and your claim is listed for -0- it indicates that no claim was timely filed and, if applicable, no evidence of a perfected security interest was available to the Trustee. Therefore, this notice also constitutes *a Motion to Disallow* your claim. Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within twenty (20) days of this notice with a copy to undersigned. Should you timely file an objection, you will be notified of a hearing date.

**PLEASE TAKE FURTHER NOTICE** that the debtor has a right to object to claims with which they disagree. The debtor also has a limited right to file a claim on behalf of any creditor who has not filed a claim. Should the debtor desire to take any such action, the debtor should immediately contact their attorney.

E. ORUM YOUNG         2800.00         ATTORNEY
200 WASHINGTON ST
MONROE, LA 71201

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| 500 FAST CASH<br>2533 NORTH CARSON<br>SUITE 5600<br>CARSON CITY, NV 89706 | .00 | .00<br>ACCT:<br>COMM: | UNSECURED REGULAR<br>NOT FILED |
| A T & T<br>PO BOX 8212<br>AURORA IL 60572-8212 | .00 | .00<br>ACCT:<br>COMM: | UNSECURED REGULAR<br>NOT FILED |
| ACCOUNT CONTROL BUREAU<br>PO BOX 38390<br>SHREVEPORT, LA 71133 | .00 | 100.00<br>ACCT:<br>COMM:NOTICE ONLY | OTHER |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| AFNI<br>PO BOX 3247<br>BLOOMINGTON IL 61702-3427 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| AMERICREDIT<br>PO BOX 183853<br>ATTN PAYMENT PROCESSING<br>ARLINGTON TX 76096 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM: |
| AMERICREDIT<br>PO BOX 183853<br>ATTN PAYMENT PROCESSING<br>ARLINGTON TX 76096 | .00<br>10.00 % INT | .00 | SECURED<br>ACCT:mod 12/16/13<br>COMM:07 HHR- TOTAL LOSS |
| AMERICREDIT<br>PO BOX 183853<br>ATTN PAYMENT PROCESSING<br>ARLINGTON TX 76096 | .00 | .00 | UNSECURED REGULAR<br>ACCT:5477<br>COMM:TOTAL LOSS |
| BANK OF NEW YORK MELLON<br>ONE WALL STREET<br>NEW YORK, NY 10286 | .00 | .00 | GENERAL PRIORITY<br>NOT FILED<br>ACCT:<br>COMM:PAY OVER TERM |
| BANK OF NY MELLON<br>10161 CENTURION PKWY 2ND FL<br>TOWERMARC PLAZA<br>JACKSONVILLE, FL 32256 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| BROWN-FOLSE RADIOLOGY<br>PO BOX 7267<br>ALEXANDRIA, LA 71306-0267 | .00 | .00 | UNSECURED REGULAR<br>NOT FILED<br>ACCT:<br>COMM: |
| CALVARY PORTFOLIO SERVICES<br>PO BOX 1030<br>HAWTHORNE NY 10532 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| CAPITAL ONE BANK<br>PO BOX 6492<br>CAROL STREAM, IL 60197-6492 | .00 | .00 | UNSECURED REGULAR<br>NOT FILED<br>ACCT:<br>COMM: |
| CASH NET USA<br>200 W JACKSON BLVD 14TH FL<br>CHICAGO, IL 60606-6941 | 220.00 | .00 | UNSECURED REGULAR<br>ACCT:1982<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| CHASE<br>PO BOX 522<br>MADISON, MS 39130 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| CHASE MANHATTAN BANK<br>PO BOX 15919<br>WILMINGTON DE 19850-5919 | .00 | .00 | UNSECURED REGULAR<br>NOT FILED<br>ACCT:<br>COMM: |
| CONSUMER CREDIT COUNSELING<br>PO BOX 310129<br>HOUSTON, TX 77231-0129 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| DIRECT LOANS<br>PO BOX 7202<br>UTICA, NY 13504-7202 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| ENHANCED RECOVERY CORP<br>8014 BAYBERRY ROAD<br>JACKSONVILLE FL 32256 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| HOME SMART<br>1800 LOUISVILLE AVE<br>MONROE, LA 71201 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| INSOLVE RECOVERY<br>PO BOX 123203 DEPT 3203<br>DALLAS, TX 75312-3203 | 740.55 | .00 | UNSECURED REGULAR<br>ACCT:5455<br>COMM: |
| JEFFERSON CAPITAL SYSTEM<br>16 MCLELAND ROAD<br>ST CLOUD MN 56303 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 | 233.42 | .00 | UNSECURED REGULAR<br>ACCT:3324<br>COMM: |
| LOUISIANA DEPT REV & TAXATION<br>PO BOX 66658<br>BATON ROUGE LA 70896 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| MIDNIGHT VELVET<br>PO BOX 2821<br>MONROE WI 53566 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| NATIONAL LOAN<br>1614 LOUISVILLE AVE<br>MONROE, LA 71201 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| NORTHLAND GROUP<br>PO BOX 390846<br>WAVERLY MN 55390 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| PAYDAY ONE<br>PO BOX 101842<br>FORTH WORTH, TX 76185 | .00 | .00 | UNSECURED REGULAR<br>NOT FILED<br>ACCT:<br>COMM: |
| PINNACLE CREDIT SERVICES<br>7900 HWY 7 #100<br>ST LOUIS PARK MN 55426 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| PORTFOLIO RECOVER ASSOC<br>500 WEST 1ST AVE<br>HUTCHINSON, KS 67501 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| PROFESSIONAL COLLECTION<br>PO BOX 1243<br>MONROE LA 71210 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| PROFESSIONAL FINANCE<br>5754 W 11TH ST STE 100<br>GREELEY, CO 80634 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131 | .00 | .00 | UNSECURED REGULAR<br>ACCT:<br>COMM: |
| SEVENTH AVENUE<br>PO BOX 2804<br>MONROE WI 53566 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| SOUTHERN CREDIT RECOVERY<br>3228 6TH STREET<br>METAIRIE LA 70002 | .00 | 100.00<br>ACCT:<br>COMM:NOTICE ONLY | OTHER |
| ST FRANCIS HOSPITAL<br>PO BOX 1901<br>MONROE LA 71210 | .00 | .00<br>ACCT:<br>COMM: | UNSECURED REGULAR<br>NOT FILED |
| TEXAS GUARANTEED STUDENT LOAN<br>PO BOX 83100<br>ROUND ROCK, TX 78683-3100 | .00 | 100.00<br>ACCT:<br>COMM:NOTICE ONLY | OTHER |
| U S DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA GA 30353 | 10.00 | .00<br>ACCT:1982<br>COMM:PAY OVER TERM | GENERAL PRIORITY |
| WEB BANK<br>6440 S WASATCH BLVD STE 300<br>SALT LAKE, UT 84121 | .00 | 100.00<br>ACCT:<br>COMM:NOTICE ONLY | OTHER |
| WINDHAM PROFESSIONALS<br>PO BOX 1697<br>SALEM, NH 03079-1697 | .00 | 100.00<br>ACCT:<br>COMM:NOTICE ONLY | OTHER |
| WOMENS CLINIC<br>312 GRAMMONT ST<br>MONROE, LA 71201 | .00 | .00<br>ACCT:<br>COMM: | UNSECURED REGULAR<br>NOT FILED |

TOTAL                                        1203.97

I herein certify that a copy of this notice was served upon the debtor(s) the debtor(s) attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 08/27/2014

Clerk for the Office of
E. EUGENE HASTINGS, TRUSTEE