**SO ORDERED.**

**SIGNED February 9, 2015.**



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

IN RE:   CORETTA GRIFFIN                         CASE NO.  12-31766
                                                 CHAPTER 13

### ORDER APPROVING AMENDED NOTICE OF INTENTION
### TO PAY CLAIMS AND MOTION TO DISALLOW SECURED CLAIMS

Upon consideration of the Trustee's Amended Notice of Intention to Pay Claims and Motion to Disallow Secured Claims and it appearing proper in the premises, justified and warranted:

**IT IS HEREBY ORDERED** that the claims of creditors shall be paid in the amounts and manner as set forth in the Notice of Intention to Pay Claims and Motion to Disallow Secured Claims filed October 10, 2014.

**IT IS FURTHER ORDERED** that the claims listed as -0- in the aforementioned Notice shall be disallowed in the absence of a timely filed written objection to the Trustee's Notice.

###

This order was prepared and is being submitted by:

E. Eugene Hastings, Chapter 13 Trustee
Bar No. 14360
P.O. Box 14839
Monroe, La 71207
318-651-7733